924

No. 72–5766. MORTON *v.* UNITED STATES ET AL.;

No. 72–5774. JOHNSON *v.* MEACHAM, WARDEN, ET AL.;

No. 72–5820. POLK *v.* HENDERSON, WARDEN;

No. 72–5901. SIMMS *v.* WYOMING ET AL.;

No. 72–5916. THERIAULT *v.* LAMB, SHERIFF; and

No. 72–5932. SANDERS *v.* NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–5565. BRUTON *v.* MATTHES, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.; and

No. 72–5841. ALVAREZ *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 72–5854. RUDERER *v.* WEBSTER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 72–5788. MAGEE *v.* CARROW ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 72–331. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK, ET AL. *v.* TURLEY ET AL. Appeal from D. C. W. D. N. Y. Probable jurisdiction noted.

No. 72–848. UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. *v.* MURRY ET AL. Appeal from D. C. D. C. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.